1   Michael P. Thorman, State Bar No. 63008
    BONJOUR, THORMAN, BARAY & BILLINGSLEY
2   24301 Southland Drive, Suite 312
    Hayward, CA 94545
3   (510) 785-8400
    michael@btbandb.com
4

5   Attorneys for defendant
    Daniel Ramsey
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No.:    CR 09-00398 SBA

            Plaintiff,

12                                         STIPULATION AND ORDER TO
                                           TRAVEL OUTSIDE THE
13                                         NORTHERN DISTRICT OF
                                           CALIFORNIA
14  vs.

15  DANIEL RAMSEY, et.al.

16            Defendant.
    _____/

17

18          IT IS HEREBY STIPULATED by and between Plaintiff, the United States of America,

19  by and through AUSA Joshua Hill, and Defendant Daniel Ramsey, by and through his attorney,

20  Michael P. Thorman, with the concurrence of Pretrial Services, by and through Paul Mamaril,

21  that the terms of said defendant's release be modified to allow Daniel Ramsey to travel to

22  Auburn, California, with his parents, on July 18, 2009. The purpose of this travel is to attend the

23  birthday of his grandfather

24

25

26  Dated: 7/09/09                    _____/s/_____
                                          AUSA JOSHUA HILL
27

28

1

2    Dated: 7/09/09                    _____/s/_____
                                           MICHAEL P. THORMAN
3

4

5

6    Dated: 7/09/09                    _____/s/_____
                                           PAUL MAMARIL
7

8

9

10                                    ORDER

11

12          Pursuant to Stipulation of the parties and GOOD CAUSE APPEARING,

13          IT IS HEREBY ORDERED that the terms of said defendant's release are modified to

14   allow his travel to Auburn, California with his parents on July 18, 2009.

15

16

17

18   Dated:    July 10, 2009          _____
                                       Magistrate-Judge Wayne D. Brazil
19

20

21

22

23

24

25

26

27

28