1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3705
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,          )   No. CR-09-00398 SBA
                                      )
14         Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE PRETRIAL
15     v.                             )   CONFERENCE AND TRIAL AND
                                      )   EXCLUDE TIME UNDER THE SPEEDY
16 DANIEL RAMSEY,                     )   TRIAL ACT
                                      )
17         Defendant.                 )
                                      )
18

19     IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Michael Thorman, that the pretrial

21 conference presently set for January 12, 2010, be continued to February 9, 2010 at 11:00 a.m.,

22 and the trial presently set to begin on January 20, 2010, be continued to February 22, 2010 at

23 8:30 a.m.  The parties agree that the document filing deadlines in the Court's original pretrial

24 conference order shall not be rescheduled.  No additional court filings will be made after the

25 expiration of the deadlines contained in the Court's original pretrial conference order.  The

26 request for a continuance is due to defense counsel's need to conduct additional investigation in

27 light of pretrial discovery defense counsel has received from the government.  Defense counsel

28 has explained to government counsel the circumstances giving rise to this request for a

1  continuance, and the government agrees that the delay is not attributable to lack of diligent
2  preparation. For these reasons, the parties request that time under the Speedy Trial Act be
3  excluded based on defendant's need for reasonable time necessary for effective preparation,
4  taking into account the exercise of due diligence. The parties agree that the waiver covers all
5  time between July 28, 2009 and February 9, 2010.
6  IT IS SO STIPULATED:
7  Dated: December 30, 2009                                          /S/
                                                          MICHAEL THORMAN
8                                                         *Attorney for Daniel Ramsey*

10 Dated: December 30, 2009                                          /S/
                                                          JOSHUA HILL
11                                                        Assistant United States Attorney

13                                          **ORDER**

14     GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the pretrial
15 conference presently set for January 12, 2010, is continued to February 9, 2010 at 11:00 a.m.,
16 and the trial presently set to begin on January 20, 2010, is continued to February 22, 2010 at 8:30
17 a.m Based upon the representation of counsel and for good cause shown, the Court also finds
18 that failing to exclude the time between January 5, 2010 and February 9, 2010 would
19 unreasonably deny the defense the reasonable time necessary for effective preparation, taking
20 into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further
21 finds that the ends of justice served by excluding the time between January 5, 2010 and February
22 9, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public
23 and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between July 28,
24 2009 and February 9, 2010 shall be excluded from computation under the Speedy Trial Act. 18
25 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Time under the Speedy Trial Act is also tolled under 18
26 U.S.C.
27 § 3161(h)(1)(D) due to the pendency of a pretrial motion, which was filed on December 29,
28 2009.

-3-

IT IS SO ORDERED

DATED: January 4, 2010

_____
HONORABLE SAUNDRA B ARMSTRONG
United States District Court Judge