UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No: CR 09-398 SBA |
|---|---|
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF PROPERTY** |
| vs. | |
| DANIEL RAMSEY, | |
| Defendant. | |

On April 4, 2013, Defendant Daniel Ramsey filed a pro se motion for the return of his property. Dkt. 221. Subsequent to the filing of said motion, Defendant's mother retrieved the subject property from the Antioch Police Department on June 18, 2013. Dkt. 226. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's motion for return of property is DENIED as moot. This Order terminates Docket 221.

IT IS SO ORDERED.

Dated: July 19, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge